Leanna A. Loginov (NJ Bar #389742022)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 475-2299
lloginov@shamisgentile.com

*Attorney for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HARRY WATTS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ONYX EQUITIES, LLC,<br><br>Defendant. | **Case No.: 2:26-cv-03633** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Harry Watts, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

**1.** All claims of the Plaintiff, Harry Watts, individually, are hereby dismissed with prejudice.

**2.** All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: August 28, 2026

Respectfully submitted,

By: /s/ *Leanna A. Loginov*
Leanna A. Loginov (NJ Bar #389742022)

**SHAMIS & GENTILE P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 475-2299
lloginov@shamisgentile.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing filed via CM/ECF on August 28, 2026 to all counsels of record.

Respectfully submitted,

By: /s/ *Leanna A. Loginov*
Leanna A. Loginov (NJ Bar #389742022)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 475-2299
lloginov@shamisgentile.com

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/31/2026